UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTHUR F. FRANCIS,

                       Petitioner,

   -against-

<u>DECISION AND ORDER</u>
14 CV 1400 (WFK)

UNITED STATES OF AMERICA,

                       Respondent.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II**, United States District Judge:

On February 18, 2014, Petitioner Arthur F. Francis ("Petitioner"), currently held at a United States Immigration and Customs Enforcement (ICE) detention center, filed this action on a 28 U.S.C. § 2255 form supplied by the Court. Petitioner sought to challenge two state court convictions, both of which have now expired. Because Petitioner is challenging state court convictions, the Court construed his petition as one brought pursuant to 28 U.S.C. § 2254.

On March 10, 2014, the Court denied the petition for a writ of habeas corpus and held that we lacked jurisdiction over Petitioner's claim. (Dkt. 4). Petitioner was denied a certificate of appealability and the Clerk of the Court closed the case on March 12, 2014. (Dkt. 5). Thereafter, Petitioner filed a Court-supplied form consenting to have a United States Magistrate Judge conduct all proceedings in the case. (Dkt. 6).

As his petition has already been denied by this Court for want of jurisdiction and the action has been closed by the Clerk of the Court, Petitioner's consent to the authority of a Magistrate Judge is a moot issue. Petitioner's consent is therefore denied as moot.

**SO ORDERED.**

1

/s/ Judge William F. Kuntz, II

WILLIAM F. KUNTZ, II
United States District Judge

Dated: Brooklyn, New York
March 20, 2014